

**NUMBER 13-16-00269-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF A.A.T., D.R.M., J.Y.M., D.M.M., and D.N.M., MINOR CHILDREN

---

### On appeal from the 430th District Court
### of Hidalgo County, Texas.

---

# ORDER TO FILE APPELLEE'S BRIEF

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on appellee's first unopposed motion for extension of time to file its brief. This Court, having fully examined and considered appellee's motion is of the opinion that, in the interest of justice, appellee's first motion for extension of time to file its brief should be granted with order. The Court, however, requires strict adherence to the briefing rules in appeals of parental termination cases, such as this

appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP. P. 38.6; *see also id.* at R. 28.4.

The Court GRANTS IN PART and DENIES IN PART appellee's first motion for extension of time. This motion is GRANTED insofar as the Court will extend appellee's deadline to file the brief until July 28, 2016. This motion is DENIED insofar as the Court will not allow an extension until August 8, 2016. Further motions for extension of time will not be favorably entertained by this Court, absent extraordinary circumstances.

PER CURIAM

Delivered and filed the
22nd day of July, 2016.